# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA FLORES o/b/o Z.E.C,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-00807-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 2)<br><br>**DEADLINE: THIRTY DAYS** |

Plaintiff Gina Flores on behalf of minor Z.E.C ("Plaintiff") filed a complaint on July 10, 2024, challenging a final decision of the Commissioner of Social Security denying an application for disability benefits. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, the Court cannot determine from the information provided in the application if Plaintiff is entitled to proceed in this action without prepayment of fees.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Notably, Plaintiff must provide average monthly income and provide an approximate value of any assets. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

3. **Within thirty (30) days** of issuance of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, the Court shall recommend that this action be dismissed.

IT IS SO ORDERED.

Dated: __**July 12, 2024**__

UNITED STATES MAGISTRATE JUDGE