# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA FLORES o/b/o Z.E.C., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:24-cv-00807-SAB <br><br> ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) <br><br> (ECF No. 21) |

On February 5, 2025, the parties filed a stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d).  (ECF No. 21.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded attorney fees in the amount of FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:  **February 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge